## GIBSON (A FREEDMAN) *vs.* THE STATE.

[INDICTMENT FOR LARCENY AND EMBEZZLEMENT.]

1. *Personal presence of prisoner in court when sentence is pronounced.*—To sustain a judgment on conviction of a felony, the record must affirmatively show that the prisoner was personally present in court when sentence was pronounced against him.

FROM the Circuit Court of Pike.
Tried before the Hon. J. McCALEB WILEY.

JOHN A. ELMORE, for the prisoner.
JNO. W. A. SANFORD, Attorney-General, *contra.*

BYRD, J.—It does not appear from the record that the prisoner was present when sentence was pronounced; and on this ground this cause must be reversed; and as the other questions raised on the record are not likely to arise on another trial, in the same form, we will not express our opinion upon them.

Let the judgment be reversed, and the cause remanded; and the prisoner remain in custody until discharged by due course of law.